# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1028**                                    **September Term, 2023**

**EPA-85FR87256**

**Filed On: January 5, 2024** [2034553]

State of New York, et al.,

      Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the United States
Environmental Protection Agency,

      Respondents

-------------------------------

American Chemistry Council, et al.,
           Intervenors
-------------------------------

Consolidated with 21-1060, 21-1073

## O R D E R

    It is **ORDERED**, on the court's own motion, that the requirement to file a proposed briefing format be suspended pending further order of the court.


              **FOR THE COURT:**
              Mark J. Langer, Clerk

      BY:   /s/
              Catherine J. Lavender
              Deputy Clerk