# United States Court of Appeals
## For The District Of Columbia Circuit

_____

**No. 21-1028**　　　　　　　　　　　　　　　**September Term, 2023**

EPA-85FR87256

Filed On: February 2, 2024 [2038665]

State of New York, et al.,

  Petitioners

  v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the United States
Environmental Protection Agency,

  Respondents

------------------------------

American Chemistry Council, et al.,
  Intervenors

------------------------------

Consolidated with 21-1060, 21-1073

## M A N D A T E

  In accordance with the order of February 2, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

            **FOR THE COURT:**
            Mark J. Langer, Clerk

       BY: /s/
          Selena R. Gancasz
          Deputy Clerk

Link to the order filed February 2, 2024